United States District Court
Southern District of Texas
**ENTERED**
December 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Brier Q. Wilson, et al., §
    Plaintiffs, §
§
v. § Civil Action H-20-2001
§
Texas Force Security Agency, et al., §
    Defendants. §

## Order of Adoption

On November 25, 2020, Magistrate Judge Peter Bray recommended that the court grant Brier Wilson and Johnny Garcia's motion for conditional certification. (23) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed December 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge