Case 4:20-cv-02001   Document 36   Filed on 05/09/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Brier Q. Wilson, et al. §
      Plaintiffs, §
§
§
*versus* § Civil Action: H-20-2001
§
§
Texas Force Security Agency, et al. §
      Defendants. §
§

## Notice of Dismissal

It appears upon the representation of the parties and from the record that at stipulation of dismissal was filed and signed by all parties.

Therefore, the case is dismissed, without prejudice, as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: May 9, 2022

CLERK OF COURT

/Deputy Clerk